Wm. Randolph Turnbow, ASB 8911054
rturnbow@hershnerhunter.com
Hershner Hunter, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiff

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT FAIRBANKS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH COAST ELECTRIC COMPANY, a Washington corporation;<br><br>Plaintiff,<br><br>v.<br><br>OUTLET ELECTRIC, INC., an Alaska corporation; NICHOLAS MOTSCHENBACHER dba OUTLET ELECTRIC; STRAND HUNT CONSTRUCTION, INC., a Washington corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; DENALI STATE BANK, a state chartered bank, and the cash deposit reflected by Certificate No. 8017378;<br><br>Defendants. | Case No. 4:06-CV-00010 RRB<br><br>**COMPLAINT**<br>(Payment Bond, Breach of Contract, Personal Guaranty; Action on Contractor's Cash Deposit; 40 U.S.C. § 3133; Alaska Stat. §§ 08.18.071 and 08.18.081) |

FIRST CLAIM FOR RELIEF AGAINST DEFENDANTS STRAND HUNT CONSTRUCTION, INC. AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY

(Payment Bond)

For its First Claim for Relief against Defendants Strand Hunt Construction, Inc. ("Strand") and St. Paul Fire and Marine Insurance Company ("St. Paul"), Plaintiff alleges:

COMPLAINT - Page 1
*North Coast v. Outlet Electric, Inc., et al*

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1. This action arises under 40 U.S.C. §3133.

2. Venue is proper in the United States District Court for the District of Alaska under 40 U.S.C. § 3133. The court has jurisdiction over Plaintiff's additional claims pursuant to 28 U.S.C. § 1367 and the doctrine of ancillary jurisdiction.

3. Plaintiff and Defendant Strand are Washington corporations. Defendant Outlet Electric, Inc. is an Alaska corporation. Defendant St. Paul is a Minnesota corporation. Defendant Denali State Bank is a state chartered bank.

4. On or about September 8, 1998, Plaintiff and Defendant Outlet Electric ("Outlet") entered into an agreement (the "Credit Agreement") under which Defendant Outlet agreed that, if Plaintiff sold Defendant Outlet any goods on credit, it would pay Plaintiff interest on all past due amounts. A copy of the Credit Agreement is attached to this Complaint as Exhibit 1. In addition, Defendant Outlet agreed to pay Plaintiff's reasonable attorney's fees and costs in the event it became necessary to obtain the assistance of an attorney to collect any amounts due.

5. On or about February 27, 2004, Defendant Strand entered into a contract (the "Contract") with the United States Corp. of Engineers for the construction of the Joint Security Complex project located at Eielson Air Force Base in Fairbanks, Alaska.

6. Pursuant to 40 U.S.C. § 3133 and to ensure prompt payment to all persons supplying materials for prosecution of the work ("Work") under the Contract, like Plaintiff, Defendant Strand, as principal, and Defendant St. Paul, as surety, executed and delivered Payment Bond No. 9000-0045 (the "Bond"). A copy of the Bond is attached to this Complaint as Exhibit 2.

7. On or about May 7, 2004, Plaintiff and Defendant Outlet entered into an agreement (the "Agreement") under which Plaintiff agreed to supply certain electrical materials (the "Materials") to Defendant Outlet for the prosecution of the Work provided for in the Contract. In return, Defendant Outlet agreed to pay Plaintiff certain specified prices and, if allowed credit, to pay Plaintiff in accordance with the terms of the Credit Agreement. Between

COMPLAINT - Page 2
*North Coast v. Outlet Electric, Inc., et al*

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1  May 7, 2004 and October 25, 2005, Plaintiff supplied the Materials at the request of Defendant Outlet pursuant to the terms of the Agreement and the Credit Agreement.

8. The agreed upon and reasonable value of the Materials delivered between July 27, 2005 and October 25, 2005 for which Plaintiff has not received payment is the amount of $7,413.33, plus accrued interest in the amount of $449.43, plus accruing interest at the rate of 8.25% per annum from November 26, 2005, until paid, pursuant to the Credit Agreement, the Agreement and the applicable interest rate.

9. Plaintiff has fully performed all terms and conditions required to be performed by it under the terms of the Credit Agreement and the Agreement.

10. On December 16, 2005, within ninety (90) days after last supplying the Materials, Plaintiff sent Defendants Strand and St. Paul written notice by registered mail that it was asserting a claim against the Bond.

11. Plaintiff is entitled to recover its reasonable attorney's fees and costs.

### SECOND CLAIM FOR RELIEF AGAINST DEFENDANTS NICHOLAS MOTSCHENBACHER dba OUTLET ELECTRIC AND OUTLET ELECTRIC, INC.

(Breach of Contract)

12. For its Second Claim for Relief, Plaintiff realleges the allegations contained in paragraphs 1. through 9., above.

13. Pursuant to the terms of the Credit Agreement and the Agreement, Plaintiff is entitled to recover its reasonable attorney's fees and costs and disbursements incurred in this action.

///
///
///
///

COMPLAINT - Page 3
*North Coast v. Outlet Electric, Inc., et al*

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

## THIRD CLAIM FOR RELIEF AGAINST DEFENDANT NICHOLAS MOTSCHENBACHER

(Action on Personal Guaranty)

14. For its Third Claim for Relief, Plaintiff realleges the allegations contained in paragraphs 2., 4., 7., 8., and 9., above.

15. On or about October 21, 1998, Defendant Nicholas Motschenbacher personally guaranteed (the "Guaranty") full payment of all indebtedness of Defendant Outlet to Plaintiff. The Guaranty is contained in the Credit Agreement which is attached to this Complaint as Exhibit 1. Defendant Nicholas Motschenbacher has failed and refused to pay such indebtedness.

16. Under the terms of the Credit Agreement and the Guaranty, Plaintiff is entitled to recover its reasonable attorney's fees and costs and disbursements incurred in this action.

## FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT DENALI STATE BANK AND THE CASH DEPOSIT REFLECTED BY CERTIFICATE NO. 8017378

(Action on Contractor's Certificate of Deposit)

17. For its Fourth Claim for Relief, Plaintiff realleges the allegations contained in paragraphs 2., 4., 7., 8., and 9., above.

18. Pursuant to Alaska Stat. § 08.18.071, Defendant Outlet filed a cash deposit in lieu of a surety bond. Defendant Denali State Bank issued Certificate of Deposit No. 8017378 in the amount of $5,000.00 and that certificate was filed with the Commissioner for the Division of Occupational Licensing. The cash deposit/certificate was in effect at the time Plaintiff sold the Materials to Defendant Outlet.

19. Alaska Stat. § 08.18.081 authorizes suit against the cash deposit when the Plaintiff has a breach of contract claim against Defendant Outlet.

20. Plaintiff is entitled to recover the amount of $5,000.00 from the cash deposit/certificate.

COMPLAINT - Page 4
*North Coast v. Outlet Electric, Inc., et al*

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

WHEREFORE, Plaintiff North Coast Electric Company prays for judgment in favor of Plaintiff as follows:

1. On Plaintiff's First Claim for Relief, a judgment against Defendants Strand Hunt Construction, Inc. and St. Paul Fire and Marine Insurance Company, jointly and severally, in the sum of the following amounts:

    a. The principal amount of $7,413.33; plus

    b. Accrued interest in the amount of $449.43; plus accruing interest at the rate of 8.25% per annum from November 26, 2005, until the date of judgment; plus

    c. Plaintiff's reasonable attorney's fees, costs, and disbursements incurred in this action; plus

    d. Interest on the total of the above amounts at the rate of 8.25% per annum from the date judgment is entered, until paid.

2. On Plaintiff's Second Claim for Relief, a judgment against Defendants Nicholas Motschenbacher dba Outlet Electric and Outlet Electric, Inc., jointly and severally, as follows:

    a. The principal amount of $7,413.33; plus

    b. Accrued interest in the amount of $449.43; plus accruing interest at the rate of 8.25% per annum from November 26, 2005, until the date of judgment; plus

    c. Plaintiff's reasonable attorney's fees, costs, and disbursements incurred in this action; plus

    d. Interest on the total of the above amounts at the rate of 8.25% per annum from the date judgment is entered, until paid.

3. On Plaintiff's Third Claim for Relief, a judgment against Defendant Nicholas Motschenbacher as follows:

    a. The principal amount of $7,413.33; plus

    b. Accrued interest in the amount of $449.43; plus accruing interest at the rate of 8.25% per annum from November 26, 2005, until the date of judgment; plus

COMPLAINT - Page 5
*North Coast v. Outlet Electric, Inc., et al*

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025

1       c.    Plaintiff's reasonable attorney's fees, costs, and disbursements incurred in
2   this action; plus
3       d.    Interest on the total of the above amounts at the rate of 8.25% per annum
4   from the date judgment is entered, until paid.
5       4.    On Plaintiff's Fourth Claim for Relief, a judgment against Defendant Denali State
6   Bank and the cash deposit in the amount of $5,000.00 reflected by Certificate of Deposit No.
7   8017378.

9   DATED: March ____, 2006

10      HERSHNER HUNTER, LLP

12      By _____
13      Wm. Randolph Turnbow, ASB No. 8911054
        Of Attorneys for Plaintiff

COMPLAINT - Page 6
*North Coast v. Outlet Electric, Inc., et al*

HERSHNER HUNTER LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
541-686-8511
fax 541-344-2025