1  Wm. Randolph Turnbow, ASB 8911054
   rturnbow@hershnerhunter.com
2  Hershner Hunter, LLP
   180 E. 11th Avenue
3  P.O. Box 1475
   Eugene, OR 97440
4  Telephone: (541) 686-8511
   Facsimile: (541) 344-2025
5
   Of Attorneys for Plaintiff
6

**RECEIVED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
FAIRBANKS, ALASKA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT FAIRBANKS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH COAST ELECTRIC COMPANY, a Washington corporation;<br><br>Plaintiff,<br><br>v.<br><br>OUTLET ELECTRIC, INC., an Alaska corporation; NICHOLAS MOTSCHENBACHER dba OUTLET ELECTRIC; STRAND HUNT CONSTRUCTION, INC., a Washington corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; DENALI STATE BANK, a state chartered bank, and the cash deposit reflected by Certificate No. 8017378;<br><br>Defendants. | Case No. 4:06-cv-00010 RRB<br><br>**NOTICE OF DISMISSAL** |

Plaintiff hereby notifies the court of the dismissal of the above action, without prejudice and without the award of costs, disbursements or attorney's fees to any party. This notice has

///

---

NOTICE OF DISMISSAL - Page 1
*North Coast v. Outlet Electric, Inc., et al*

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

1 | been served by mail on each Defendant served with Summons and Complaint herein.

HERSHNER HUNTER, LLP

By _____
Wm. Randolph Turnbow, ASB No. 8911054
Of Attorneys for Plaintiff

## POINTS AND AUTHORITIES

Plaintiff relies on F.R.Civ.P. 41 and the record in this case, which shows that trial of this action has not been set, no counterclaim has been pleaded and this notice has been served by mail on each Defendant served with Summons and Complaint herein.

NOTICE OF DISMISSAL - Page 2
*North Coast v. Outlet Electric, Inc., et al*

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025