Wm. Randolph Turnbow, ASB 8911054
rturnbow@hershnerhunter.com
Hershner Hunter, LLP
180 E. 11th Avenue
P.O. Box 1475
Eugene, OR 97440
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT FAIRBANKS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of NORTH COAST ELECTRIC COMPANY, a Washington corporation;<br><br>Plaintiff,<br><br>v.<br><br>OUTLET ELECTRIC, INC., an Alaska corporation; NICHOLAS MOTSCHENBACHER dba OUTLET ELECTRIC; STRAND HUNT CONSTRUCTION, INC., a Washington corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; DENALI STATE BANK, a state chartered bank, and the cash deposit reflected by Certificate No. 8017378;<br><br>Defendants. | Case No. 4:06-cv-00010 RRB<br><br>**EX PARTE GENERAL JUDGMENT OF DISMISSAL** |

Based on the Notice of Dismissal filed by Plaintiff, and it appearing that trial of this action has not been set, no counterclaim has been pleaded and the Notice of Dismissal has been served by mail on each Defendant served with Summons and Complaint herein, it is hereby

EX PARTE GENERAL JUDGMENT OF DISMISSAL - Page 1
*North Coast v. Outlet Electric, Inc., et al*

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025

1     ADJUDGED that this action be dismissed without prejudice and without the award of
2 costs, disbursements or attorney's fees to any party.
3     DATED: _____, 2006.

6                                             U.S. District Court Judge

7 SUBMITTED BY:

8 Wm. Randolph Turnbow, ASB No. 8911054
   HERSHNER HUNTER, LLP
9 Of Attorneys for Plaintiff

EX PARTE GENERAL JUDGMENT OF DISMISSAL - Page 2
*North Coast v. Outlet Electric, Inc., et al*

**HERSHNER HUNTER** LLP
ATTORNEYS
PO Box 1475, Eugene, Oregon 97440
**541-686-8511**
fax 541-344-2025